FILED
MAY 27 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1708-JAH |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 18, U.S.C., Sec. 911 - False |
| EZEQUIEL LOPEZ-MARTINEZ aka Juan Daniel Rubio, | ) Claim to United States Citizenship |
| Defendant. | ) |

The United States Attorney charges:

On or about April 28, 2008, within the Southern District of California, defendant EZEQUIEL LOPEZ-MARTINEZ, did falsely and willfully represent to an officer of the United States Customs and Border Protection, a person having good reason to inquire into the nationality status of the defendant, that he was a citizen of the United States whereas, in truth or fact, as the defendant then and there well knew, he was not a citizen of the United States; in violation of Title 18, United States Code, Section 911.

//
//
//
//

DATED: May 27, 2008

KAREN P. HEWITT
UNITED STATES ATTORNEY

*/s/ Charlotte E. Kaiser for*

CARLA J. BRESSLER
Assistant U.S. Attorney