AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **CALIFORNIA**

MAY 27 2008

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Esquivel Lopez-Martinez

CASE NUMBER: 08 CR 1708-JAH

I, _Ezequiel Lopez-Martinez_, the above named defendant, who is accused of

Title 18 U.S.C. Section 911, False Claim to United States Citizenship

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _May 27, 2008_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Ezequiel Lopez Martinez_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd