

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )  Criminal No. **08CR1708-JAH**
                                     )
11                  Plaintiff,       )  **CONSENT TO RULE 11 PLEA IN A**
                                     )  **FELONY CASE BEFORE UNITED**
12  v.                               )  **STATES MAGISTRATE JUDGE,**
                                     )  **WAIVER OF PRESENTENCE REPORT**
13  **EZEQUIEL LOPEZ-MARTINEZ,**         )  **AND WAIVER OF OBJECTIONS FOR**
                                     )  **IMMEDIATE SENTENCING**
14                  Defendant.       )
                                     )
15  ─────────────────────────────────)

16       I have been advised by my attorney and by the United States

17  Magistrate Judge of my right to enter my plea in this case before

18  a United States District Judge.  I hereby declare my intention to

19  enter a plea of guilty in the above case, and I request and

20  consent to have my plea taken by a United States Magistrate Judge

21  pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22       I understand that if my plea of guilty is taken by the

23  United States Magistrate Judge, and the Magistrate Judge

24  recommends that the plea be accepted, the assigned United States

25  District Judge will then decide whether to accept or reject any

26  plea agreement I may have with the United States and will

27  adjudicate guilt and impose sentence.

28       I further understand that due to my request for immediate

sentencing in this case, I am waiving the preparation of a
presentence report and I am also waiving any objections I may
have to the Magistrate Judge's findings and recommendation
concerning the entry of my guilty plea.


Dated: JUNE 6, 2008

EZEQUIEL LOPEZ-MARTINEZ
Defendant


Dated: JUNE 6, 2008

CASEY J. DONOVAN, CJA.
Attorney for Defendant


    The United States Attorney consents to have the plea in this
case taken by a United States Magistrate Judge pursuant to
Criminal Local Rule 11.2 and further waives a presentence report
in this case as well as any objections to the Magistrate Judge's
findings and recommendation concerning the entry of the guilty
plea.


Dated: JUNE 6, 2008

CARLA J. BRESSLER
Assistant United States Attorney